**Order entered October 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00768-CV**

**IN THE GUARDIANSHIP OF RICHARD W. THOMPSON, JR.,
AN ALLEGED INCAPACITATED PERSON**

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. GA1-0261-2018**

**ORDER**

By order dated September 27, 2022, we denied appellant's "Emergency Motion to Stay Pending Consideration of Motion to Transfer." Before the Court is appellant's September 29, 2022 motion to clarify that order and specify whether we denied her motion to stay or to transfer. We **GRANT** the motion. We **DENY** appellant's motion to stay and note that appellant has not filed a motion to transfer in this appeal.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE